FILED
2011 Dec-02 PM 05:14
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| RYAN GLOVER, individually and on behalf of others similarly situated, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) Case No.: 2:11-CV-03355-TMP |
| BIRCH COMMUNICATIONS, INC., | )<br>)<br>) |
| Defendant. | ) |

## FIRST AMENDED COMPLAINT

COMES NOW, Plaintiff Ryan Glover (hereinafter sometimes referred to as "Plaintiff"), individually and on behalf of others similarly situated (hereinafter sometimes collectively referred to as "Plaintiffs"), and files this First Amended Complaint, adding Defendant Birch Telecom of the South, Inc. In support of this First Amended Complaint, Plaintiff states as follows:

1. Plaintiff Ryan Glover adopts and incorporates each and every paragraph of his original Complaint herein.

2. Based on information and belief, Birch Telecom of the South, Inc. is a subsidiary of Defendant Birch Communications, Inc. and is licensed to provide telephone service in the State of Alabama.

3. Birch Telecom of the South, Inc. was founded under the laws of Delaware and at all relevant times had a principal place of business in Kansas City, Missouri, with a registered service agent located in Montgomery, Alabama.

4.      Based on information and belief, Birch Telecom of the South, Inc. may have had some communication with Plaintiff in connection with the facts stated in the original Complaint and therefore all allegations set forth in the original Complaint are re-alleged against Birch Telecom of the South, Inc.

Respectfully Submitted,

_____
One of the Attorneys for Plaintiff

**OF COUNSEL:**

Andrew P. Campbell
Jason R. Smith
LEITMAN, SIEGAL, PAYNE & CAMPBELL, P.C.
420 North 20th Street, Suite 2000
Birmingham, AL 35203
Telephone:    (205) 251-5900
Facsimile:    (205) 323-2098
Email:        acampbell@lspclaw.com
              jsmith@lspclaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on this the 2nd day of December, 2011, a copy of the above and foregoing has been served by filing a copy of the same with the U.S. District Court E-Filing system which will send notification of such to the following:

**Birch Communications, Inc.**
Michael R. Pennington
BRADLEY ARANT BOULT CUMMINGS LLP
One Federal Place
1819 5th Avenue North
Birmingham, AL 35203

The following Defendant will be served via process server:

**Birch Telecom of the South, Inc.**
Michael R. Pennington
BRADLEY ARANT BOULT CUMMINGS LLP
One Federal Place
1819 5th Avenue North
Birmingham, AL 35203

_____
OF COUNSEL