IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| RYAN GLOVER, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 2:11-cv-3355-TMP |
| ) | |
| BIRCH COMMUNICATIONS, INC., et al. ) | |
| ) | |
| Defendants. ) | |

## NOTICE AND STIPULATION OF DISMISSAL

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, all parties in the above-styled action hereby jointly stipulate that the above-styled action be and the same is hereby voluntarily DISMISSED with prejudice, each party to bear its own costs.

Respectfully submitted,

/s/ Michael R. Pennington

Michael R. Pennington
Bradley Arant Boult Cummings, LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203
205.521.8000
mpennington@babc.com


SPENCER FANE BRITT & BROWNE LLP
Barry L. Pickens
Patrick J. Whalen
1000 Walnut Street, Suite 1400
Kansas City, MO 64106
(816) 474-8100 (Telephone)
(816) 474-3216 (Facsimile)
bpickens@spencerfane.com
pwhalen@spencerfane.com

*Attorneys for Defendants Birch Telecom of the South, Inc. and Birch Communications, Inc.*

/s/ *signature*

Andrew P. Campbell
Jason R. Smith
Leitman, Siegal, Payne & Campbell, P.C.
420 North 20th Street, Suite 2000
Birmingham, AL 35203

*Attorneys for Plaintiff*