IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| RYAN GLOVER, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 2:11-cv-03355-TMP |
| ) | |
| BIRCH COMMUNICATIONS, INC., et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER OF DISMISSAL

The parties in the above-styled action filed a joint Notice and Stipulation of Dismissal (Doc. 23) stating that they jointly stipulate to the dismissal of this cause pursuant to Federal Rule of Civil Procedure 41.  Although a court order is unnecessary, it is hereby ORDERED that the individual claims asserted by the named Plaintiffs, Ryan Glover, et al., are  DISMISSED WITH PREJUDICE, each party to bear her or its own fees, costs, and expenses.  The status hearing scheduled for October 17, 2012 at 10:00 am is therefore cancelled.

DONE this 4th day of October, 2012.

_____
T. MICHAEL PUTNAM
U.S. MAGISTRATE JUDGE